■ MARIA GIOMAR ARTEAGA, Appellant, v CITY OF NEW YORK, Respondent. [956 NYS2d 9]—

Plaintiff served a timely notice of claim on defendant City alleging that she was injured when she slipped and fell on a platform in a subway station. The motion court correctly granted defendant's motion since it demonstrated that the subway station is leased to the NYCTA, and it is an out-of-possession landlord and not liable for negligence on the part of NYCTA (*see McGuire v City of New York*, 211 AD2d 428 [1st Dept 1995]). There is no prohibition against moving for summary judgment based on an unpleaded defense where the opposing party is not taken by surprise and does not suffer prejudice as a result (*see Rosario v City of New York*, 261 AD2d 380 [2d Dept 1999]). Nor is defendant equitably estopped from relying on the defense (*see Neil v City of New York*, 95 AD3d 608, 609 [1st Dept 2012]).

Plaintiff's cross motion seeking relief as to nonparty NYCTA was properly denied since plaintiff never served a notice of claim on the NYCTA and the statute of limitations of one year and 90 days has expired (*see* Public Authorities Law § 1212 [2]; General Municipal Law § 50-e [5]; *Pierson v City of New York*, 56 NY2d 950 [1982]; *Singleton v City of New York*, 55 AD3d 447 [1st Dept 2008]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Mazzarelli, Moskowitz, Abdus-Salaam and Feinman, JJ.